IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Civil Action No.: 1:23-cv-00910-DDD-KAS | Date: April 23, 2025 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Tammy Hoffschildt |

*Parties:*

JEFFREY PAN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ATLAS REAL ESTATE GROUP, LLC,

    Defendant.

*Counsel:*

Andrew G. Gunem
Raina C. Borrelli

Jill H. Fertel

## COURTROOM MINUTES

**FINAL FAIRNESS HEARING**

**10:33 a.m.**   **Court in session.**

Appearances of counsel. All counsel appear via video conference (VTC). No class members appear via telephone. Conor Hafertepe also appears via video conference (VTC).

Pending motions raised for argument.

Argument by counsel.

**ORDERED:** [60] Plaintiff's Unopposed Motion for Attorney Fees, Costs, and Service Award is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [64] Recommendation of United States Magistrate Judge is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [65] Plaintiff's Unopposed Motion for Final Approval of Class Action

        Settlement is **TAKEN UNDER ADVISEMENT.**
Court indicates a written order shall follow.

**10:39 a.m.**    **Court in recess.** <u>**Hearing concluded. Total in court time:  :06**</u>