IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00910-DDD-KAS

JEFFREY PAN, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ATLAS REAL ESTATE GROUP LLC,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion for Final Approval of Class Action Settlement, filed April 24, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Plaintiffs and against Defendant, Atlas Real Estate Group, LLC, as outlined in the Settlement Agreement (Doc. 57-1). It is further

    ORDERED that the Court will retain jurisdiction for enforcement of the Settlement Agreement.

DATED at Denver, Colorado this 28th day of April, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk